In the United States District Court
Western District of Arkansas
Divison

42 USC 1983 form   for the western District of Arkansas

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Feb 11, 2025

OFFICE OF THE CLERK

1:25-cv-01012

Jessie Terrell Radford ADC # 655432

-against-

Columbia County Detention Center officer Josh owen, Carren Heart
Prosecutor Mr. Rain warter, Magnolia Arkansas Police Department
Sgt. Hunter Scott, Magnolia Arkansas Police Department officer
Kyle Jensen. Burnette Conway 210 North Oakland St magnolia Arkansas 71753

1. Plaintiff Information
Jessie Terrell Radford
ADC # 655432
Columbia County Detention Center
Hwy 82 Columbia Road 300  Magnolia Arkansas 71753

Columbia County, Magnolia Arkansas 71753

II Prisoner Statatus
☐ convicted but in Custody on new charges
☑ other explain
Was released to Drug Court on a 15 year open end plea barger
I for got my Court Date and a warrent was put out. when
I was at my friend girl House Knocking on Her door the officer
Pulled up on the Side of the road and Jumped out as I waited
until my friend Girl to open the Door I ran through the front
Door and out the Back the magnolia arkansas Police office
Chaced me through Her house and Cought me out Back in the woods
I was Surched and placed in the Back of the police Vehicel
I did not have any thing on me But My walet a Lottery Ticket
and a BLK Cigar empty Package and a lighter. But up on

page 1                                          Next

Being arrested By Magnolia Arkansas Police Department officers Sgt. Hunter Scott, and Magnolia Arkansa Police Department, Kyle Jensen Put fals Charges on Me as to Burnette Conway Has Came to the Court Room during Court and ask the appointed Attorney Carren Heart and Prosecutor Rain Warter to Drop the fals Burgler Charge and she Clearly Stated She Never to the officer I was A Burgler, Because She open the Door for me and told me to let her put on a Shirt then She opened the Door Back and let me in, How ever up on Being Booked Into the Columbia County Detention Center, I found out that Drugs was planted on My By The Arresting officer. After Being Surched once Befor Being Put In the Police Car, again at the Jail 2 more Times and Put in the Ex-ray machine I Never Had any Drugs on Me, the MPD officers Never gave me my walet and Stuff Back up on arrest But Vacum Sealed It closed after Puting meth Inside and then gave It to the Jail and I up on Booking Me IN I Never Knew any Drugs was In there and officer Josh owen Chargen Me with a fals Charge of Possessing Prohibited articales in a Correctional facility Class B felony. at that Very point Iv Been fraimed and up on looking the furnishing, possessing, or using prohibited articals IN the Law and Crimenal Book If State. A person Committs the offens of furnishing a prohibited art If he or she Knowingly Brought Drugs in and Introduced Some on to a prohibilical artical. there for these Both are fals Charges and fraiming Me with meth. with Each Charge the Prosecutor Rain Water gave me a $100.000 Dollar Bond on each on of the fals Charges that was a Violation of My Civil Right 8ᵗʰ amendment

Page # 2 and contenue to the ⟶ Next pg

of the Civil Right where No Crul and unusal punishment is Inficted Nor No excessive Bail, Bond, fines or fees Shall Be rended. Burgler was a fals Charge and the Excssive Bond was $100,000 and the fraiming Charge that was fals of Possessing Prohibited Articles in a Correctiona facility Class B Felon Is also an very high and Excssive Bond of $100,000 when asking Dollars when asking the State appoint attorney for her help to get the Cops Body Cam, Car Cam, and the Columbia County Jail Booking footage of the arrest of Date September 28 2024 at Approximently 1036 pm to Confirm that ever word I say Is True that Iv Been fraimed and wrongfuly Convicted She Corren Heart the State appointed attorney Stated I will get Convicted any way even after Seeing that ~~In~~ Im honestly Telling the Truth.

these fals Charges was used to Inhance my open End plea of Guilty But I Never pleaded Guilty to these Two fals Charges and Has Been fals Imprisond and Intraped as to the Intrapment of the Jail House office attempt to Convict me of Charges when Im Not Supose to Be IN this Jail

The scond pg of Pg 2

Begaining of Pg. 3

III. Defendants Information
Defendant 1: [Name] Columbia County Detenton Center Jailes Josh Owens
Current Job [title] Bittle: Jailer at the Columbia County Detention Center
Current Work address: Hwy 82 Columbia Road 300 Magnolia Arkansas 71753
County, City: Columbia County Magnolia Arkansas 71753

Attached is the Rest of the

III Defendants Information

*attachment on top starts*

Defendant 2: Conway Burnette 210 North oakland St Magnolia Arkansas 71753
Name Last, First

N/A
Current Job Title

210 North Oakland St Magnolia Arkansas
Current Work Address

Columbia County, Magnolia Arkansas 71753
County, City          State          Zip Code


Defendant 3: Magnolia Police Department Sergeant office Scott Hunter
Name (Last, First)

Magnolia Police Department Sergeant officer
Current Job Title

Magnolia Police Department 103 Harvey Couch
Current Work Address

Columbia County, Magnolia Arkansas 71753
County, City          State          Zip Code


Defendant 4: Magnolia Police Department, officer Kyle Jepsen
Name (Last, First)

Magnolia Police Department officer
Current Job Title

Magnolia Police Department 103 Harvey Couch
Current Work Address

Columbia County, Magnolia Arkansas 71753
County, City          State          Zip Code

~~Defendants.~~

## IV.    STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.  **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.).  If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.  **You may attach no more than one additional sheet for each claim.***

### Claim Number 1:

Place(s) of occurrence:
Columbia County Detention Center Hwy 82 Columbia Road 300
~~703 Harvey Couch Magnolia Arkansas 71753~~
Magnolia Arkansas 71753

Date(s) of occurrence: September 28th 2024 at approxitmently 11:30 PM possiblely after

Name of Each Defendant Involved:

Columbia County Detention Center Josh Owens, carren Heart, Prosecutor D'Rain Warter, & MPD, Sgt Hunter Scott and MPD Kyle Jensen

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

I was framed, Abuse the Us of the Due process Misconduct In Respect of Civil Rights Violated 14th anendment equal protec. Josh owens act under Color of State laws, and Is a employee of the State in the Columbia County Detention Center. whom Violated my Civil Rights when Charges of was filed of Possessing Prohibited articles in a Correctional facility Class B. Felony as to the MPD put Meth IN my property after arrest ~~and took me and gave the Dope~~ the Jailer Neglgents

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was* Brought fals *personally involved in the alleged wrongful actions, state whether you were physically injured as* Charges the *a result of those actions, and if so, state your injury and what medical attention was provided to* 8th amendment *you.* excessive fines ad fees, Bond

FACTS:      On September 28th 2024 approxitmently I was arrested By Police of

**What happened to you?**    the Columbia County Officers Kyle Jensen and Sergeant Scott Hunter I was Surched Befor I was placed in to the Polise Car I had Nothing But my walet a Lottery Ticket, Phone, Lighter and empty Blk cigar Paper, up on areest I was taken to Jail for a warrant for fail to appear and fleeing. I was then Clean of all that was INside my pocket and Transfered to Jail. I was Surched again 2 more Times up on

Entering the Columbia County Jail as I was handed over to the Jailer Josh owens. the Transfer officers Had put same meth In to my property and gave It to the Jailer Josh owens and up on

**Booking me** → Josh opened the Vacumed Cealed Bag that MPD Vacumed cealed and then opened the Blk Cigar Pack and Said It was Meth in It. I thought Josh owens was Jokeing until I was give a possessing Prohibited articles in a Correctional facility Class B Felony with a very excessive and false price of a bond price of $100,000 when the mpd put the meth in my property and gave it to Josh as Josh Charged me with Introducing a facility 5-54-119 Furnishing possessing or using prohibited articles (A) person Commits the offens of furnishing a prohibited artical If he or She knowingly Introdeed Some one to a prohibitical artical. I Never Knowingly Introduced any one to a prohibitical artical Nor have I brought any IN Jail. as the false Charges was used to goin 8th amendment violation Excessive Bond of a $100,000 Cash and to Inhanc my pending Charge when Josh Misconduct, and por Conduct, abuse of the Due process, and 14th amendment Egaul protection of Laws

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

**If you are asserting an official capacity claim,** please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Negligent, Abuse of the Due process with framming Me at the Jail misconduct Because Josh owens act under Color of state Laws when after I was arrested the Magnolia Police Department put Meth-Drugs In a Bag a long with my walet a lottery Ticket and Vaccum Bealed It Closed and as I was Brought to the Columbia County Detentrion Center I Never Brought any Drugs In the Jail Put the police Put It in my property and I Did Not Know It was in there as To Josh owens Reported and I was given a $100,000 Bond and It was Excessive fold to Respect my

**Claim Number 2:** 8th amendment's & 14th amendment of My Civil Right

Place(s) of occurrence: Burnette Conway 210 North Oakland st Magnolia Arkances 71753

Date(s) of occurrence: _September 28, 2024_

Name of Each Defendant Involved:

_Burnette Conway 210 North Oakland Magnolia Arkansas 71753_

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Pressed false Charges on me

Burnette Conway made a Statement Saying i pushed her But Burglary was not what Happened as the ~~Made a false Charge~~ police put false Charges on me Burnette opened the Door for me But Didnt have a Shirt on So She pushed me and told me to let her put on a Shirt She then open the Door for Morgan, and I ran through the front Door and into the Back

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to* To drope the false charges prosecutor) Ruin water *you.* Burnette has Come to the Court Room and told ~~the~~ Carren Heart and

~~the false change~~ -fales Imprisonment and myscanduct Equal protection of laws foles Charges

Sept 28, 2024 I Jessie Radford was going to Burnette Conway 210 North Oakland Magnolia Arkansas 71753 when knocking on the door She open the Door for me then

┌─────────┐
│ What    │
│ happened│
│ to you? │
└─────────┘

pushed me Back and Said Hold on let me put on my Shirt, as the police Vehical pulled up on Side of the ~~road~~ road with MPD officers Kyle Jensen and Sqt. Hunter Scott a: I was telling Burrette Conway to hury up And put her Shirt on and ~~open~~ put on her Shirt and Come

┌─────────┐
│ Who     │
│ did     │
│ what?   │
└─────────┘

Back and let me In Because the police was out there She then opened the Door the 2nd Time for me to let me in But She wanted me to Stand and See what the police want for Her

┌─────────┐
│ How were│
│ you     │
│ injured?│
└─────────┘

But I ran around Her In to the House and out the Back Door None Stop as I ran out the Back Door I was Cought In the Back yard, the police Did not know who I was until I was Brought out the woods, thats when It was discovered I had a warrent for Columbia County. I was Surched When placed I had No Drugs on me Nor Burglary But what I was honestly Guilty of was only fleeing and I forgot my Court date, failed to appear, But after againg through the process of getting Booked at the Columbia County Jail I was ~~know~~ Told that officer Sgt Scott and Kyle Jensen put a false Brofary Charge on me and meth Inside my propert, Burnette Conway 210 N. oaland magnolia Ark 71153 Stated She Never told the officers that I Burglarized Her house the MPD put fals Changes on me and Violated My 8th amendment and 14th amendment as to Misconduct fals Documentof fols Charges; Excessive Bont fine and Fees and Equal protection giveing me fals Charges of $100,000 Bond or the fals Chages and fraiming me when putting Moth Inside my property and Bringing It to the Jail as I was also given a fals Possessing Prohibited article in a Correction Facility Class B Felony When I Never got found with any Meth on arrest that fals Charge was also fols and found By Josh owens a $100.000 Bont money Damages Puinitive Damages, Compensatory Damages, uture Damages

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐    Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☑    Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐    Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

Stated that I Never Burglerised Her House and ask the police Not to us her Name to arrest me Because she Never Called them as they officer Scott and Jensen abused the Due process act under Color of State Laws Laws that to protect me has Made fals Charges and Even framed me at the Jail to Creat a a 8th amendment Violation and Excessive Bond and fraim me with the Violation of the 14th amendment Equal protection, Misconduct Due process, as Liberty is take and money Cost to Hold me

**Claim Number 3:**

Place(s) of occurrence:    Columbia County Detention Center Huy 82 Columbia Road 300 Magnolia Arkanses 71753

Date(s) of occurrence:    9/28/2024

Name of Each Defendant Involved:

Magnolia Arkansas Police Department officer Sergeant Hunter Scott, Magnolia Arkansas police Department office Kyle Jensen, Columbia County Detention Center Josh owens Burnette Conway, Jerry Maness

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Misconduct Negligent, Abuse of the Due process Crual and unusal Punishment 14th amendment equal protection of laws, false Imprison ment, Liberty and 8th amendment where Excessive Fines, fees, Restitution, Bond and Due process Each Defendant Involved feild to Respect my Civil Right act under Color of State laws Show Misconduct Page 7 of 11 fals Charges and Has taken days of my life that I want get Back

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was *personally involved* in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS: I would like to Request that the magnolia Police Department arresting officer Submitt the Body and Car Video footage of the arrest of Jessie Redfmt arrest on date 9/28/2024 as witness along with the arrest report to Contirum my Statement Is try as to there was No drugs found on me as I was Surched and I Never did a Residental Burglery Owner of the Carway let me In the Hrouse as I ran though the front and out the Back as fals Charges where made Jensen Kife, Hunter Scott Brought me to the Columbia County detention Center and put Drugs Meth in My property as it was given to the Jailer, Josh owens as I was Brought in Josh owen then Charged me with possessing Prohibited articles in a Correctional facility Class B felony with a fals and Excessive Bond of $100,000 — that Violate the 8th amendment where Excessive Bond Court Cost, fines and fees are, and the fals Imprisonment, with the abuse of the Us of the 14th amendment Due process and Equal protection of laws, Racil Profile, as to the police Didnt Know who I was But Just watched Be Because I was Black, But Stated He didnt Know It was me until I was Cought office even addressed me as Seeing a Black mail walk accross a field. There for The officer was Racil profiling then framed me as fals $100,000 Burglery Excessive Bond is money Damages punitive damges I would Like to use Jail Video footage and CoperCar, and Body Cam.

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

**If you are asserting an official capacity claim,** please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

The fact that each Defendent Is an employee of the State and act under Color of State laws, to Entrapment and Violated the Next pg

8th amendment where Exessive Bond, Court Cost and fees Should Not Be renderd and the Fals Emprisonment to Misconduct when I was fraimed It Violated my 14th amendment the abuse of the Due process, equal Protection of laws, Liberty and Discermination when Employed for the Columbia County Detention Center and Suffering!

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☑ Other relief (describe below). Money for furtere Damages, and fals emprisoned Ment, Further Damaged and whatever Damages the Courts may Deem ~~tout~~ In the faver of the plaintiff

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

the 14th amendment Volation when officer act under Color Misconduct Violated Equal protet I would like the Courts to Expondge my Criminal Record and free me from **AdC** with a New Start and $1500. Per Day that Iv Been Locked up on these false Charges false Imprisment and the Exessive Bond, fines and fees where the 8th amendment was Violated with a $100,000 Doller Bond that was Excessive on the Two Charges ~~...~~ and Comensatory damages on what Ever the Courts My Deen and Puritive Damages on what ever the Courts May Deem, and further and Money Damages On what ever the Courts my Deen, Respectfully Submitted By Jessie Radford Plus $10 more Million for the fraiming Me, and Entrapment as they lead a witness and any Damages the Courts May Deem In the favior of the plaintiff

*Violation*

8th amedmnt Excessive Bond of $100,000 on the fals Burgler 8 Charge and the 8th amendment, Violation on the Excessive Bond of $100,000 on the Charge Where officer that arrested me and Jailer Josh fraimed me and Chrrge me with *Possesson a prohibital aftical when I Never Brough any Drugs to Jail*

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?    ☑ Yes    ~~☑ No~~

If yes, how many?  A year ago

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?    ☐ Yes    ☑ No

If yes, how many?  2

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

I Never hurd any thing Back from the Court as I think Something went Wrong with the Mail, Being I fast Hurd that Leroy Marten, Business office was Not Doing Something Right with the Money as I was Stated to pay a percentage

I seek to ask you to up Date me on the Last Law Suits I filed

And I some of my other Lawsuit Do to the Jail and Leroy Martion Did Not Respond to My Certificat of InMate accout and Assets you Judge Allowed the Defendants to get then Dissmissed. when that Shouldnt Have Been againt Me But againt the Defendant When Hendering me from the Courts and they The Defendants Didnt Respond In a timley Manner

## VII.    PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

1-26-2025
Dated

Jessie Radford
Plaintiff's Signature

Jessie Terrell Radford
Printed Name (First, MI, Last)

Jessie Radford #655432
Prison Identification #. if any.

Columbia County Detention Center    Magnolia    Arkansas    71753
Prison Address                City            State        Zip Code

Jessica Radford
Po Box 5576
Magnolia Arkansas
71753

MAIL ORIGINATED FROM A DETENTION FACILITY

United State District Court
office of the Clerk
500 State Line Avenue Room 302
Texarkana Arkansas
71854

Legal mail

LITTLE
FREEDOM
FOREVER USA
2025
USPS 72231